IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS


**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**MIROSLAV STOLICA,**

**Defendant.**   No. 09-cr-30047-DRH


### ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant's Motion to Dismiss. (Doc. 52). Defendant filed the Motion *pro se* even though he is currently represented by counsel. In fact, Defendant's attorney already filed a Motion to Dismiss (Doc. 47).

While it is at the Court's discretion, a *pro se* motion filed while the movant is represented by counsel, may be stricken as improper. ***See, e.g., United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998)**. The record does not show that Defendant's attorney ever moved to withdraw his representation. Under the Local Rules, an attorney may not withdraw an entry of appearance for a party without leave of court. **S.D. ILL. L. R. 83.1(f)**.

The Court finds it proper in this instance to strike these Motions, as they was filed *pro se* by Defendant while he was still apparently represented by counsel.

Accordingly, the Court **STRIKES** Defendant's Motion to Dismiss (Doc. 52).

    **IT IS SO ORDERED.**

Signed this 1st day of September, 2009.

                                          /s/      David R. Herndon
                                        **Chief Judge**
                                        **United States District Court**