IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

MIROSLAV STOLICA,

Defendant.  No. 09-cr-30047-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the Government's Motion for Additional Time to File a Response to Defendant's Motion to Dismiss. (Doc. 53). The Motion states that Defendant has no objections to the Government's request for additional time. Accordingly, the Court **GRANTS** the Government's Motion. The Government's Response to Defendant's Motion to Dismiss is due on or before September 15, 2009.

**IT IS SO ORDERED.**

Signed this 1st day of September, 2009.

/s/   *David R Herndon*
**Chief Judge**
**United States District Court**