IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

MIROSLAV STOLICA,

Defendant.                                                              No. 09-cr-30047-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is the Government's Second Motion for Additional Time to File a Response to Defendant's Motion to Dismiss. (Doc. 53). The Government requests an additional 28 days in which to file its Response. The stated basis of the Motion is that the Government has not yet received needed documents from the Bureau of Immigration and Customs Enforcement. The Government also states that Defendant has no objections to the Government's request. Accordingly, the Court **GRANTS** the Government's Motion. The Government's Response to Defendant's Motion to Dismiss is due on or before October 13, 2009.

**IT IS SO ORDERED.**

Signed this 16th day of September, 2009.

/s/     David R Herndon
**Chief Judge**
**United States District Court**